FILED
2019 Apr-11 AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
FEB 22 2019
CLERK, U.S. DISTRICT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court) DR-17-CR-00156 (01) |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| David Cabrera<br>6647 Womack Road<br>Pinson, Alabama 35126 | WESTERN TEXAS | Del Rio |
| | NAME OF SENTENCING JUDGE<br>Honorable Alia Moses<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11-21-2017 / TO 11-20-2020 |

| OFFENSE | |
|---|---|
| Conspiracy to Transport Illegal Aliens<br>8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) | U.S. MARSHALS W/TX RECEIVED<br>FEB 25 2019<br>DEL RIO, TX |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF ALABAMA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/29/19
Date

/s/ Alia Moses
Alia Moses
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/19/2019
Effective Date

/s/ Karon O. Bowdre
United States District Judge

CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Del Rio)
## CRIMINAL DOCKET FOR CASE #: 2:17-cr-00156-AM-1

Case title: USA v. Cabrera
Magistrate judge case number: 2:17-mj-00528-VRG

Date Filed: 02/15/2017
Date Terminated: 10/30/2017

Assigned to: Judge Alia Moses

**Defendant (1)**

**David Cabrera**
*TERMINATED: 10/30/2017*

represented by **Joseph Anthony Cordova**
Federal Public Defender
2205 Veterans Blvd., Suite A-2
Del Rio, TX 78840
(830)703-2040
Email: Joseph_Cordova@fd.org
*TERMINATED: 10/30/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

8:1324.F BRINGING IN AND
HARBORING ALIENS-8 U.S.C. § 324
(a)(1)(A)(v)(I) & (B)(i) Conspiracy to
Transport Illegal Aliens
(1)

**Disposition**

Sentenced to 10 months imprisonment
with credit for time served since
1/20/17; 3 years supervised release;
Fine waived; $100 Special Assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

8:1324.F BRINGING IN AND
HARBORING ALIENS-8 U.S.C. § 1
324(a)(1)(A)(ii)&(B)(i) Illegal Alien
Transportation
(2-3)

**Disposition**

DISMISSED COUNTS

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| 8 USC 1324(a)(1)(A)(ii) Transporting Illegal Aliens into the United States | |

**Plaintiff**

USA        represented by    **Daniel Lee**
U.S. Attorney's Office
111 E. Broadway
Del Rio, TX 78840
(830) 703-2025
Email: dawn.martin2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2017 | | Arrest of David Cabrera (ccl) [2:17-mj-00528-VRG] (Entered: 01/23/2017) |
| 01/23/2017 | 1 | COMPLAINT Signed by Judge Victor R. Garcia as to David Cabrera. (ccl) [2:17-mj-00528-VRG] (Entered: 01/23/2017) |
| 01/23/2017 | 2 | Arrest Warrant Issued by Judge Victor R. Garcia as to David Cabrera. (ccl) [2:17-mj-00528-VRG] (Entered: 01/23/2017) |
| 01/23/2017 | | ARREST Warrant Returned Executed on 1/20/2017 as to David Cabrera. (ccl) [2:17-mj-00528-VRG] (Entered: 01/23/2017) |
| 01/23/2017 | 3 | Proceedings held before Judge Victor R. Garcia:Initial Appearance as to David Cabrera held on 1/23/2017; Court appoints FPD. ( Detention Hearing AND Preliminary Hearing set for 1/26/2017 09:00 AM before Judge Victor R. Garcia,), Spanish Language Interpreter NOT required as to David Cabrera (Court Reporter FTR GOLD-C.LEVRIE.) (vs) [2:17-mj-00528-VRG] (Entered: 01/23/2017) |
| 01/23/2017 | | ORAL MOTION to Continue ; ORAL MOTION to Detain Defendant without Bond by USA as to David Cabrera. (vs) [2:17-mj-00528-VRG] (Entered: 01/23/2017) |
| 01/23/2017 | | ORAL ORDER GRANTING ORAL Motion to Continue as to David Cabrera (1); GRANTING ORAL Motion to Detain Defendant without Bond. as to David Cabrera (1) by Judge Victor R. Garcia. (vs) [2:17-mj-00528-VRG] (Entered: 01/23/2017) |
| 01/23/2017 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to David Cabrera Joseph Anthony Cordova for David Cabrera appointed.. Signed by Judge Victor R. Garcia. (ccl) [2:17-mj-00528-VRG] (Entered: 01/23/2017) |
| 01/24/2017 | 5 | Proceedings held before Judge Victor R. Garcia:Initial Appearance for Material Witness NOE MAXIMINO AREVALO-ALVARADO and JOSE |

|            |    |                                                                                                                                                                                                                                                                                                                                         |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | GUADALUPE SALAZAR-NIETO in case as to David Cabrera held on 1/24/2017. SPANISH Language Interpreter required. (Court Reporter FTR-Gold C. Levrie.)(ccl) [2:17-mj-00528-VRG] (Entered: 01/24/2017)                                                                                                                                        |
| 01/24/2017 | 6  | AFFIDAVIT for Material Witness NOE MAXIMINO AREVALO-ALVARADO and JOSE GUADALUPE SALAZAR-NIETO in case as to David Cabrera; Oral Bond Set by Court $20,000 unsecured with one cosigner; Video Depositions Set: March 22, 2017 at 1:30 p.m.; Material Witness Attorney: Jesse R. Coroando. Signed by Judge Victor R. Garcia. (ccl) [2:17-mj-00528-VRG] (Entered: 01/24/2017) |
| 01/24/2017 | 7  | ORDER SETTING VIDEO DEPOSITION for Material Witness NOE MAXIMINO AREVALO-ALVARADO in case as to David Cabrera for March 22, 2017 at 1:30 p.m. Signed by Judge Victor R. Garcia. (ccl) [2:17-mj-00528-VRG] (Entered: 01/24/2017)                                                                                                          |
| 01/24/2017 | 8  | ORDER SETTING VIDEO DEPOSITION for Material Witness JOSE GUADALUPE SALAZAR-NIETO in case as to David Cabera for March 22, 2017 at 1:30 p.m. Signed by Judge Victor R. Garcia. (ccl) [2:17-mj-00528-VRG] (Entered: 01/24/2017)                                                                                                            |
| 01/24/2017 | 9  | Order Appointing Counsel for Material Witness NOE MAXIMINO AREVALO-ALVARADO in case as to David Cabrera; Appointment of Attorney Jesse R. Coronado for Noe Maximino Arevalo-Alvarado.. Signed by Judge Victor R. Garcia. (ccl) [2:17-mj-00528-VRG] (Entered: 01/24/2017)                                                                 |
| 01/24/2017 | 10 | Order Appointing Counsel for Material Witness JOSE GUADALUPE SALAZAR-NIETO in case as to David Cabrera; Appointment of Attorney Jesse R. Coronado for Jose Guadalupe Salazar-Nieto.. Signed by Judge Victor R. Garcia. (ccl) [2:17-mj-00528-VRG] (Entered: 01/24/2017)                                                                   |
| 01/25/2017 | 11 | NOTICE *ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS* by David Cabrera (Cordova, Joseph) [2:17-mj-00528-VRG] (Entered: 01/25/2017)                                                                                                                                                                                                      |
| 01/25/2017 | 12 | ORDER as to David Cabrera. Signed by Judge Victor R. Garcia. (ccl) [2:17-mj-00528-VRG] (Entered: 01/25/2017)                                                                                                                                                                                                                             |
| 01/27/2017 | 13 | WAIVER of Preliminary Hearing and Detention Hearing by David Cabrera (ccl) [2:17-mj-00528-VRG] (Entered: 01/27/2017)                                                                                                                                                                                                                     |
| 01/27/2017 | 14 | ORDER OF DETENTION: Bond set to NO BOND as to David Cabrera. Signed by Judge Victor R. Garcia. (ccl) [2:17-mj-00528-VRG] (Entered: 01/27/2017)                                                                                                                                                                                           |
| 02/15/2017 | 15 | INDICTMENT(Redacted Version) filed. Unredacted document sealed pursuant to E-Government Act of 2002 as to David Cabrera (1) count(s) 1, 2-3. (ss) (Entered: 02/15/2017)                                                                                                                                                                  |
| 02/16/2017 | 16 | NOTICE OF HEARING as to David Cabrera Arraignment set for 3/2/2017 09:00 AM before Judge Victor R. Garcia, (ss) (Entered: 02/16/2017)                                                                                                                                                                                                    |
| 02/16/2017 | 17 | General Order Concerning Discovery & Pre-Trial Motions as to David Cabrera. Signed by Judge Alia Moses. (ss) (Entered: 02/16/2017)                                                                                                                                                                                                       |
| 02/16/2017 | 18 | Order Concerning Courtroom Decorum and Trial Procedures as to David Cabrera. Signed by Judge Alia Moses. (ss) (Entered: 02/16/2017)                                                                                                                                                                                                      |

| 02/22/2017 | 19 | SCHEDULING ORDER as to David Cabrera Plea Agreement due by 4/10/2017, Docket Call set for 4/11/2017 09:00 AM before Judge Alia Moses, Jury Selection and Jury Trial set for 5/16/2017 09:00 AM before Judge Alia Moses,. Signed by Judge Alia Moses. (ss) (Entered: 02/22/2017) |
|---|---|---|
| 03/01/2017 | 20 | Waiver of personal appearance at Arraignment, plea of not guilty by David Cabrera (Cordova, Joseph) (Entered: 03/01/2017) |
| 03/01/2017 | 21 | Order Accepting Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by David Cabrera. Signed by Judge Victor R. Garcia. (ss) (Entered: 03/01/2017) |
| 03/16/2017 | 22 | WAIVER OF MATERIAL WITNESSE DEPOSTION(S)/STIPULATION OF FACTS for Material Witness Jose Guadalupe Salazar-Nieto and Noe Maximino Arevalo-Alvarado in case as to David Cabrera (ss) (Entered: 03/16/2017) |
| 03/16/2017 | 23 | ORDER OF DISMISSAL for Material Witness Noe Maximino Arevalo-Alvarado and Jose Guadalupe Salazar-Nieto in case as to David Cabrera. Material Witness Noe Maximino Arevalo-Alvarado and Jose Guadalupe Salazar-Nieto terminated.. Signed by Judge Alia Moses. (ss) (Entered: 03/16/2017) |
| 03/16/2017 | 24 | RETURNED EXECUTED 3/16/2017. ORDER FOR DISMISSAL for Material Witness Jose Guadalupe Salazar-Nieto and Noe Maximinio Arevalo-Alvarado in case as to David Cabrera. RETURNED EXECUTED 3/16/2017 (ss) (Entered: 03/16/2017) |
| 03/29/2017 | 25 | ORDER SETTING REARRAIGNMENT/ PLEA as to David Cabrera Rearraignment/Plea set for 4/27/2017 03:00 PM before Judge Alia Moses,. Signed by Judge Alia Moses. (ss) (Entered: 03/29/2017) |
| 04/27/2017 | 26 | Proceedings held before Judge Alia Moses: Rearraignment held on 4/27/2017 as to David Cabrera (1) Count 1 (Court Reporter Vickie Lee Garza.) (am) (Entered: 04/27/2017) |
| 04/27/2017 | 27 | FAST-TRACK PLEA AGREEMENT as to David Cabrera (Plea agreement documents are not available electronically.) Factual Basis included within the plea agreement. (am) (Entered: 04/27/2017) |
| 04/27/2017 | 28 | ORDER Setting Sentencing as to David Cabrera, Sentencing set for 10/3/2017 09:00 AM before Judge Alia Moses. Signed by Judge Alia Moses. (am) (Entered: 04/27/2017) |
| 04/28/2017 | 29 | ORDER RE-Setting Sentencing as to David Cabrera Sentencing RESET for 9/26/2017 09:00 AM before Judge Alia Moses. Signed by Judge Alia Moses. (am) (Entered: 04/28/2017) |
| 08/11/2017 | 30 | INITIAL PRESENTENCE REPORT as to David Cabrera by Officer Jason Burke. Objections to the PSR must be submitted directly to the Probation Department. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # 1)(Vargas, J.) (Entered: 08/11/2017) |

| | | |
|---|---|---|
| 08/24/2017 | 31 | SEALED PRESENTENCE INVESTIGATION REPORT Filed as to David Cabrera by Officer Burke, Jason O. (Document available to court only) (Attachments: # (1-3)(Gridley, V.) (Entered: 08/24/2017) |
| 08/24/2017 | 32 | REVISED PRESENTENCE REPORT AND ADDENDUM REPORT as to David Cabrera by Officer Burke, Jason O. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # 1 (Gridley, V.) (Entered: 08/24/2017) |
| 08/29/2017 | 33 | MOTION to Expedite *Sentencing* by David Cabrera. (Cordova, Joseph) (Entered: 08/29/2017) |
| 08/29/2017 | 34 | ORDER RESETTING SENTENCING as to David Cabrera Sentencing reset for 9/6/2017 10:40 AM before Judge Alia Moses,. Signed by Judge Alia Moses. (ss) (Entered: 08/29/2017) |
| 09/05/2017 | 35 | ORDER Resetting Sentencing as to David Cabrera; Sentencing reset for 10/26/2017 03:20 PM before Judge Alia Moses. Signed by Judge Alia Moses. (jaw) (Entered: 09/05/2017) |
| 10/26/2017 | 36 | Proceedings held before Judge Alia Moses:Sentencing held on 10/26/2017 for David Cabrera (1), Count(s) 1, Count(s) 2-3, DISMISSED COUNTS. (Court Reporter K.Davis.) (ss) (Entered: 10/27/2017) |
| 10/26/2017 | 37 | ORDER as to David Cabrera. Signed by Judge Alia Moses. (ss) (Entered: 10/27/2017) |
| 10/30/2017 | 38 | JUDGMENT AND COMMITMENT as to David Cabrera (1), Count(s) 1, Sentenced to 10 months imprisonment with credit for time served since 1/20/17; 3 years supervised release; Fine waived; $100 Special Assessment; Count(s) 2-3, DISMISSED COUNTS. Signed by Judge Alia Moses. (ss) (Entered: 10/31/2017) |
| 10/30/2017 | 39 | Sealed Statement of Reasons as to David Cabrera (SOR documents are not available electronically.) (ss) (Entered: 10/31/2017) |
| 02/22/2019 | 41 | Supervised Release Jurisdiction Transferred to Northern District of Alabama as to David Cabrera signed by Judge Alia Moses. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ss) (Entered: 02/25/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/11/2019 08:33:30 | | | |
| PACER Login: | up0316:2987736:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:17-cr-00156-AM |
| Billable Pages: | 4 | Cost: | 0.40 |

**REDACTED COPY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**FILED**
2017 FEB 15 AM 10: 57
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § | CAUSE NO.: **INDICTMENT** [VIO: COUNT ONE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy to Transport Illegal Aliens; COUNT TWO and THREE: 8 U.S.C. § 1324(a)(1)(A)(ii)&(B)(i) Illegal Alien Transportation] |
| v. | | |
| DAVID CABRERA | | |

**DR17CR0156**

THE GRAND JURY CHARGES:

## COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about January 20, 2017, in the Western District of Texas, Defendant,

DAVID CABRERA,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

## COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about January 20, 2017, in the Western District of Texas, Defendant,

DAVID CABRERA,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: JOSE GUADALUPE SALAZAR-NIETO, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

COUNT THREE
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about January 20, 2017, in the Western District of Texas, Defendant,

DAVID CABRERA,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: NOE MAXIMINO AREVALO-ALVARADO, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

A TRUE BILL

(FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
DANIEL LEE
Assistant United States Attorney

**DR17CR0156**

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: MAVERICK                           USAO #: 2017R01202

DATE: FEBRUARY 15, 2017                    MAG. CT. #: DR17-528M

AUSA: DANIEL LEE

DEFENDANT: DAVID CABRERA

CITIZENSHIP: USA

INTERPRETER NEEDED: YES                    LANGUAGE: SPANISH

DEFENSE ATTORNEY: JOSEPH ANTHONY CORDOVA

ADDRESS OF ATTORNEY: 2205 VETERANS BLVD. STE. A-2, DEL RIO, TEXAS 78840

DEFENDANT IS: DETAINED                     DATE OF ARREST: JANUARY 20, 2017

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - Conspiracy to Transport Illegal Aliens; Counts 2 & 3: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) - Transportation of Illegal Aliens.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: For each count - 10 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: See above

W/DT-CR-3

AO 245 B (Rev. 06/05)(W.D.TX) – Judgment in a Criminal Case

# United States District Court
## Western District of Texas
### DEL RIO DIVISION

**FILED**
OCT 3 0 2017
CLERK U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES OF AMERICA

v.

DAVID CABRERA

Defendant.

Case Number: DR-17-CR-00156(1)-AM
USM Number: 85227-380

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, DAVID CABRERA, was represented by Joseph Anthony Cordova.

On motion of the United States, the Court has dismissed Count(s) Two & Three.

The defendant pled guilty to Count(s) One of the Indictment on April 27, 2017. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1324 | Conspiracy to Transport Illegal Aliens | January 20, 2017 | One |

As pronounced on October 26, 2017, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Signed this the 30th day of October, 2017

_____
ALIA MOSES
United States District Judge

Arresting Agency: BP - Eagle Pass

Case 2:19-cr-00208-KOB Document 1 Filed 04/11/19 Page 12 of 16
AO 245 B (Rev. 06/05)(W.D.TX) Case 2:17-cr-00156-AM Document 38 Filed 10/30/17 Page 2 of 6
Judgment-Imprisonment                                                                                                          Page 2 of 6

DEFENDANT: DAVID CABRERA
CASE NUMBER: DR-17-CR-00156(1)-AM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 months as to count 1 with credit for time served since January 20, 2017, pursuant to 18 U.S.C. § 3584(a).

The Court makes the following recommendation to the Bureau of Prisons:

That the defendant be incarcerated in a federal facility as close to Pinson, Alabama as possible.

The defendant shall remain in custody pending the service of sentence.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     DAVID CABRERA
CASE NUMBER:   DR-17-CR-00156(1)-AM

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court, and shall comply with the following additional conditions:

__X__   The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

__X__   The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program will include testing and examination during and after the program completion to determine if the defendant has reverted to the use of drugs or alcohol. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant must abstain from the use of alcohol and any and all intoxicants. The defendant must pay the costs of such treatment based on the defendant's ability to pay.

__X__   The defendant shall submit to substance abuse testing to determine if the defendant has used a prohibited substance. The defendant shall not attempt to obstruct or tamper with the testing methods. The defendant shall pay the costs of testing if financially able.

__X__   The defendant shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption.

__X__   The defendant shall not use or possess any controlled substances without a valid prescription. If a valid prescription exists, the defendant must disclose the prescription information to the probation officer and follow the instructions on the prescription.

DEFENDANT: DAVID CABRERA
CASE NUMBER: DR-17-CR-00156(1)-AM

## CONDITIONS OF SUPERVISION

**Mandatory Conditions:**

1) The defendant shall not commit another federal, state, or local crime during the term of supervision.

2) The defendant shall not unlawfully possess a controlled substance.

3) The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

4) The defendant shall cooperate in the collection of DNA as instructed by the probation officer, if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

5) If applicable, the defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et. seq.) as instructed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which the defendant resides, works, is a student, or was convicted of a qualifying offense.

6) If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

7) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

8) The defendant shall pay the assessment imposed in accordance with 18 U.S.C. § 3013.

9) The defendant shall notify the court of any marital change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines or special assessments.

**Standard Conditions:**

1) The defendant shall report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the Court or probation officer instructs the defendant to report to a different probation office or within a different time frame. The defendant shall not leave the judicial district without permission of the court or probation officer.

2) After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant shall report to the probation officer as instructed. The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3) The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court.

4) The defendant shall answer truthfully the questions asked by the probation officer.

5) The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

6) The defendant shall allow the probation officer to visit the defendant at any time at his or her home or elsewhere, and the defendant shall permit the probation officer to take any items prohibited by the conditions of the defendant's supervision that are observed in plain view.

7) The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless excused from doing so. If the defendant does not have full-time employment, he or she shall try to find full-time employment, unless excused from doing so. If the defendant plans to change where the defendant works or anything about his or her work (such as the position or job responsibilities), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

Case 2:19-cr-00208-KOB Document 1 Filed 04/11/19 Page 15 of 16
AO 245 B (Rev. 06/05)(W.D.TX.) Case 2:17-cr-00156-AM Document 38 Filed 10/30/17 Page 5 of 6   Page 5 of 6
Supervised Release

DEFENDANT: DAVID CABRERA
CASE NUMBER: DR-17-CR-00156(1)-AM

8) The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the Court.

9) If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.

10) The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified, for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11) The defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12) If the probation officer determines that the defendant poses a risk to another person (including an organization), the Court may require the defendant to notify the person about the risk and the defendant shall comply with that instruction. The probation officer may contact the person and confirm that the defendant has notified the person about the risk.

13) The defendant shall follow the instructions of the probation officer related to the conditions of supervision.

14) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pays such penalties in accordance with the Schedule of Payments sheet of the judgment.

15) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

16) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the Court, unless the defendant is in compliance with the payment schedule.

17) If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally reenter the United States. If the defendant is released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office, or as ordered by the Court.

DEFENDANT: DAVID CABRERA
CASE NUMBER: DR-17-CR-00156(1)-AM

### CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth. Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 111 E. Broadway, Suite 100 Del Rio, Texas 78840.
The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

|  | **Assessment** | **Fine** | **Restitution** | **Domestic Trafficking Victims Fund** |
|---|---|---|---|---|
| TOTAL: | $100.00 | $.00 | $.00 | $0 |

#### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00. The debt is incurred immediately.

#### Fine

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f). All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.